**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-1978

VINCENT PITTS,

Plaintiff - Appellant,

versus

EDO PROFESSIONAL SERVICES, INCORPORATED, t/a
Aera,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (CA-05-215-1)

Submitted:  April 7, 2006              Decided:  May 11, 2006

Before WILKINSON, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Vincent Pitts, Appellant Pro Se.  Christopher E. Hassell, BONNER, KIERNAN, TREBACH & CROCIATA, L.L.P., Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Vincent Pitts appeals the district court's order granting summary judgment in favor of his former employer in his employment discrimination action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e-17 (2000). We have reviewed the record and the submissions of the parties and find no reversible error. Accordingly, we affirm the judgment of the district court. See Pitts v. EDO Prof'l Servs., Inc., No. CA-05-215-1 (E.D. Va. Aug. 8, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED